IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAQUAISHALA CHAMPION, | * |
| Plaintiff, | * |
| v. | Case No.  5:21-cv-00012-TES |
| | * |
| MANNINGTON MILLS INC, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 10, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 11th day of May, 2021.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk